IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN MICHAEL LEBLANC,<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>BANK OF AMERICA, N.A.; and BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, CORP.; RUBIN LUBLIN TN, PLLC<br><br>　　　*Defendants*. | Case No. 2:13-cv-02001 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties who have appeared in this case and who were not previously dismissed from the case stipulate to a voluntary dismissal with prejudice of the above-captioned matter.

This is the 15th day of July 2014.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ J. Matthew Kroplin
　　　　　　　　　　　　　　　　　　J. Matthew Kroplin (BPR No. 27363)
　　　　　　　　　　　　　　　　　　STITES & HARBISON, PLLC
　　　　　　　　　　　　　　　　　　401 Commerce Street, Suite 800
　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　(615) 782-2286 (phone)
　　　　　　　　　　　　　　　　　　(615) 742-0711 (fax)
　　　　　　　　　　　　　　　　　　matthew.kroplin@stites.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendant Bank of America, N.A.*

　　　　　　　　　　　　　　　　　　And

　　　　　　　　　　　　　　　　　　/s/ Webb A. Brewer (with permission)
　　　　　　　　　　　　　　　　　　Webb A. Brewer
　　　　　　　　　　　　　　　　　　1755 Kirby Parkway, Suite 110
　　　　　　　　　　　　　　　　　　Memphis, Tennessee 38103
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2014, a true and exact copy of the foregoing **Stipulation of Dismissal** has been filed with the Clerk of the Court using the CM/ECF system and served electronically upon:

> Webb A. Brewer
> 1755 Kirby Parkway, Suite 110
> Memphis, Tennessee 38103
> *Attorney for Plaintiff*

>> */s/ J. Matthew Kroplin*
>> J. Matthew Kroplin

1061712:1:NASHVILLE