IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| JOHN MICHAEL LEBLANC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, CORP.; RUBIN LUBLIN TN, PLLC,<br><br>    Defendants. | No. 2:13-cv-02001-JPM-tmp |

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed January 2, 2013, the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal with Prejudice (ECF No. 46), filed July 15, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 16, 2014
Date